PROB 12B
(7/93)

Report Date: December 6, 2011

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender:  Michelle Leigh Mitchell | Case Number: 2:04CR00014-001 |
| Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence:  11/10/2004 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846 | Date Supervision Commenced: 11/25/2011 |
| Original Sentence:  Prison - 120 Months; TSR - 60 Months | Date Supervision Expires: 11/24/2016 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

On November 25, 2011, the above-captioned defendant began her term of supervised release in the District of Idaho. Jurisdiction in this matter remains in the Eastern District of Washington.  The supervising probation officer has submitted a request to modify conditions of supervised release to make them consistent with U.S. v. Stevens (please see attached letter).

Attached is a waiver of hearing to modify conditions of supervised release.  It has been signed by the defendant and U.S. Probation Officer.  If you have any questions or concerns, please contact the undersigned officer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/06/2011

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

Prob 12B
**Re:  Mitchell, Michelle Leigh**
**December 6, 2011**
**Page 2**

THE COURT ORDERS

[  ]     No Action
[ x ]    The Extension of Supervision as Noted Above
[ x ]    The Modification of Conditions as Noted Above
[  ]     Other

_____
Signature of Judicial Officer

_____
Date